Christian E. Mammen (Oregon Bar No. 181778)
chris.mammen@wbd-us.com
Carrie Richey (to be admitted *pro hac vice*)
carrie.richey@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
1841 Page Mill Road, Suite 200
Palo Alto, CA 94304
Telephone: (408) 341-3067

John D. Wooten IV (to be admitted *pro hac vice*)
jd.wooten@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
300 North Greene Street, Suite 1900
Greensboro, NC 27401
Telephone: (336) 574-8090

Attorneys for Plaintiff PASCO Scientific

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PASCO SCIENTIFIC,<br><br>            Plaintiff,<br><br>    v.<br><br>VERNIER SOFTWARE & TECHNOLOGY LLC,<br><br>            Defendant. | Case No.: 3:21-cv-01523<br><br>**PLAINTIFF PASCO SCIENTIFIC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff PASCO Scientific declares that is has no parent corporation and no publicly traded corporation currently owns 10% or more of its stock.

Respectfully submitted,

Date: October 18, 2021

By: /s/ Christian E. Mammen
    Christian E. Mammen

Christian E. Mammen (Oregon Bar No. 181778)
**WOMBLE BOND DICKINSON (US) LLP**
1841 Page Mill Road, Suite 200
Palo Alto, CA 94304
Telephone: (408) 341-3067
Email: Chris.Mammen@wbd-us.com

Attorneys for Plaintiff PASCO Scientific