Klaus H. Hamm, OSB No. 091730
klaus.hamm@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon St., Ste. 1600
Portland, Oregon 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301

*Attorneys for Defendant*
*Vernier Software & Technology, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

DIVISION OF PORTLAND

| | |
|---|---|
| PASCO SCIENTIFIC,<br><br>        Plaintiff,<br><br>  v.<br><br>VERNIER SOFTWARE & TECHNOLOGY, LLC,<br><br>        Defendant. | Case No.: 3:21-cv-01523<br><br>DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING |

**LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule Civ P 7.1, counsel for Defendant Vernier Software & Technology, LLC ("Vernier" or "Defendant") hereby certifies that it has conferred with counsel for Plaintiff Pasco Scientific, and Plaintiff has stated that it does not object to this motion.

## MOTION

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 16-3, Vernier respectfully requests that the Court issue an order granting an extension of time in which Vernier must file its response to Plaintiff's Complaint for Patent Infringement.

Vernier requests an extension of time of 21 days in which to file its responsive pleading. Vernier's responsive pleading is currently due November 15, 2021. If the Court grants the extension, Vernier's responsive pleading would be due December 6, 2021.

Vernier has reviewed Plaintiff's complaint, including its exhibits, but seeks additional time to complete its review and to prepare a response to the complaint. As this matter has just commenced, the Court has yet to issue a schedule so the requested extension will not impact any deadlines specifically set in this case, although it will impact any deadlines set forth in the applicable rules that are triggered by the filing of a responsive pleading.

DATED: October 27, 2021

Respectfully submitted,

*s/ Klaus H. Hamm*
Klaus H. Hamm, OSB No. 091730
klaus.hamm@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon St., Ste. 1600
Portland, Oregon 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301

*Attorneys for Defendant*
*Vernier Software & Technology, LLC*