Klaus H. Hamm, OSB No. 091730
klaus.hamm@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon St., Ste. 1600
Portland, Oregon 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301

Siddhesh V. Pandit (*pro hac to be submitted*)
svp@maierandmaier.com
Timothy J. Maier (*pro hac to be submitted*)
tjm@maierandmaier.com
MAIER & MAIER PLLC
345 South Patrick Street
Alexandria, Virginia 22314
Telephone: (703) 740-8322
Facsimile: (703) 991-7071

Michael J. Collins (*pro hac to be submitted*)
mjc@maierandmaier.com
MAIER & MAIER PLLC
2777 Allen Parkway, Suite 1000
Houston, TX 77019
Telephone: (713) 452-2620
Facsimile: (703) 991-7071

*Attorneys for Defendant*
*Vernier Software & Technology, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

DIVISION OF PORTLAND

| | |
|---|---|
| PASCO SCIENTIFIC,<br><br>           Plaintiff,<br><br>     v.<br><br>VERNIER SOFTWARE & TECHNOLOGY, LLC,<br><br>           Defendant. | Case No.: 3:21-cv-01523<br><br>DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING |

DEFENDANT'S SECOND UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE RESPONSIVE PLEADING - 1

## LR 7-1 CERTIFICATION

Pursuant to LR 7-1, counsel for Defendant Vernier Software & Technology, LLC ("Vernier" or "Defendant") hereby certifies that it has conferred with counsel for Plaintiff Pasco Scientific, and Plaintiff has stated that it does not object to this motion.

## MOTION

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and LR 16-3, Vernier respectfully requests that the Court issue an order granting a second extension of time in which Vernier must file its response to Plaintiff's Complaint for Patent Infringement.

Vernier requests an extension of time of 14 days from the current deadline of December 6, 2021, in which to file its responsive pleading. Vernier's responsive pleading is currently due December 6, 2021. If the Court grants the extension, Vernier's responsive pleading would be due December 20, 2021.

Vernier has reviewed Plaintiff's complaint, including its exhibits, but seeks additional time to complete its review and to prepare a response to the complaint. Vernier has recently hired new counsel who anticipate filing a request for pro hac vice admission to this Court. Since this matter has recently commenced and the Court has yet to issue a scheduling order, the requested extension will not impact any deadlines specifically set in this case, although it will

impact any deadlines set forth in the applicable rules that are triggered by the filing of a responsive pleading.

DATED: December 2, 2021                                   Respectfully submitted,

*s/ Klaus H. Hamm*
Klaus H. Hamm, OSB No. 091730
klaus.hamm@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon St., Ste. 1600
Portland, Oregon 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301

Siddhesh V. Pandit (*pro hac to be submitted*)
svp@maierandmaier.com
Timothy J. Maier (*pro hac to be submitted*)
tjm@maierandmaier.com
MAIER & MAIER
345 South Patrick Street
Alexandria, Virginia 22314
Telephone: (703) 740-8322
Facsimile: (703) 991-7071

Michael J. Collins (*pro hac to be submitted*)
mjc@maierandmaier.com
MAIER & MAIER PLLC
2777 Allen Parkway, Suite 1000
Houston, TX 77019
Telephone: (713) 452-2620
Facsimile: (703) 991-7071

*Attorneys for Defendant*
*Vernier Software & Technology, LLC*