Christian E. Mammen, Oregon Bar No. 181778
chris.mammen@wbd-us.com
Carrie Richey (admitted *pro hac vice*)
carrie.richey@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
1841 Page Mill Road, Suite 200
Palo Alto, CA 94304
Telephone: (408) 341-3067

John D. Wooten IV (admitted *pro hac vice*)
jd.wooten@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
300 North Greene Street, Suite 1900
Greensboro, NC 27401
Telephone: (336) 574-8090

Attorneys for Plaintiff PASCO Scientific

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PASCO SCIENTIFIC,<br><br>          Plaintiff,<br><br>     v.<br><br>VERNIER SOFTWARE & TECHNOLOGY LLC,<br><br>          Defendant. | Case No.: 3:21-cv-01523-IM<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S RULE 12(B)(6) MOTION** |

## LR 7-1 CERTIFICATION

Pursuant to LR 7-1, counsel for Plaintiff PASCO Scientific ("PASCO" or "Plaintiff) hereby certifies that it has conferred with counsel for Defendant Vernier Software & Technology, LLC ("Vernier" or "Defendant"), and Defendant has stated that it does not object to this motion.

## MOTION

Pursuant to LR 16-3, PASCO respectfully requests that the Court issue an order granting an extension of time in which PASCO must file its response to Defendant's Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim (Dkt. 20).

PASCO requests an extension of time of 15 days from the current deadline of January 3, 2022, in which to file its response to the motion. PASCO's response to the motion is currently due January 3, 2022. If the Court grants the extension, PASCO's response to the motion would be due Tuesday, January 18, 2022.

PASCO has reviewed Defendant's motion, including its exhibits, but seeks additional time to complete its review and to prepare a response to the motion. Since this matter has recently commenced and the Court has yet to issue a scheduling order, the requested extension will not impact any deadlines specifically set in this case.

Respectfully submitted,

Date: December 23, 2021

By: s/Christian E. Mammen
Christian E. Mammen, Oregon Bar No. 181778

Attorneys for Plaintiff PASCO Scientific