Christian E. Mammen, Oregon Bar No. 181778
chris.mammen@wbd-us.com
Carrie Richey (admitted *pro hac vice*)
carrie.richey@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
1841 Page Mill Road, Suite 200
Palo Alto, CA 94304
Telephone: (408) 341-3067

John D. Wooten IV (admitted *pro hac vice*)
jd.wooten@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
300 North Greene Street, Suite 1900
Greensboro, NC 27401
Telephone: (336) 574-8090

Attorneys for Plaintiff PASCO Scientific

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PASCO SCIENTIFIC,<br><br>                    Plaintiff,<br><br>     v.<br><br>VERNIER SOFTWARE & TECHNOLOGY LLC,<br><br>                    Defendant. | Case No.: 3:21-cv-01523-IM<br><br>**JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT** |

Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit. This report is submitted in compliance with LR 16-4(d).

1. Have counsel held settlement discussions with their clients and the opposing party?

    [X] Yes    [ ] No

    If not, provide an explanation:
    _____
    _____

2. The parties propose: (check one of the following)

    [ ] (a) That this case referred to a neutral of their choice for ADR not sponsored by the Court pursuant to LR 16-4(e)(1).

    [ ] (b) That the Court refer this case to mediation using a Court-sponsored mediator (See LR 16-4(f) for Court-sponsored mediation procedures). The parties seek a Court mediator because:
    _____
    _____

    [X] (c) ADR may be helpful at a later date following completion of:
    the Court's ruling on Defendant's Motion to Dismiss.
    _____

    [ ] (d) The parties believe the Court would be of assistance in preparing for ADR by:
    _____
    _____

    [ ] (e) The parties do not believe that any form of ADR will assist in the resolution of this case.
    _____
    _____

    [ ] (f) Other:
    _____
    _____

1

JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

Date: March 17, 2022								By: /s/Christian E. Mammen
											Christian E. Mammen, Oregon Bar No. 181778

											Attorneys for Plaintiff PASCO Scientific

Date: March 17, 2022								By: /s/Sid V. Pandit
											Sid V. Pandit, admitted *pro hac vice*

											Attorneys for Defendant VERNIER SOFTWARE & TECHNOLOGY LLC